*Document Electronically Filed*

Patricia M. Graham, Esq.
HERRICK, FEINSTEIN LLP
One Gateway Center
Newark, NJ 07102
Telephone: (973) 274-2005
Facsimile: (973) 274-6409
Email:  pgraham@herrick.com

Brian M. Willen, Esq. (*pro hac vice application to be filed*)
Jason B. Mollick, Esq.
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 497-7700
Email: bwillen@wsgr.com; jmollick@wsgr.com

*Attorneys for Defendant Google LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GREGORY MALANDRUCCO and NISHA BANERJEE,<br><br>             Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>             Defendant. | Case No. 2:18-cv-12489-SDW-SCM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND VACATING TEMPORARY RESTRAINTS** |

Pursuant to F.R.C.P. Rule 41(a), Plaintiffs Gregory Malandrucco and Nisha Banerjee, both *pro se*, and Defendant Google LLC ("Google") (incorrectly sued herein as "Google Inc."), by and through its undersigned counsel, hereby stipulate and agree as follows:

This action, as well as any and all claims asserted against Google in Plaintiffs' Complaint filed in the Superior Court of New Jersey, Chancery Division, Hudson County ("Superior

1

Court"), styled *Gregory Malandrucco and Nisha Banerjee v. Google Inc.*, Docket No. HUD-C-100-18, and removed to this Court on August 6, 2018, are hereby dismissed with prejudice; and

Any and all orders issued by the Superior Court against Google in the foregoing action are declared to be null and void, and the Superior Court's July 6, 2018 "Order to Show Cause With Temporary Restraints Pursuant to Rule 4:52" (copy attached) is hereby vacated and the temporary restraining order entered against Google is hereby dissolved.

In so-ordering this stipulation and order, the Court formally and expressly vacates the Superior Court's July 6, 2018 "Order to Show Cause With Temporary Restraints Pursuant to Rule 4:52" and dissolves the temporary restraining order that the Superior Court entered against Google.

Each party is to bear its own costs and attorneys' fees.

*/s Patricia M. Graham*
Patricia M. Graham, Esq.
HERRICK, FEINSTEIN LLP
One Gateway Center
Newark, NJ 07102
Telephone: (973) 274-2005
Facsimile: (973) 274-6409
Email:  pgraham@herrick.com

Brian M. Willen, Esq.
(*pro hac vice* application to be filed)
Jason B. Mollick, Esq.
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 497-7700
Email: bwillen@wsgr.com;
jmollick@wsgr.com

*Attorneys for Defendant Google LLC*

Dated:  August 10, 2018

*Document Electronically Filed*

*[signature]*

Gregory Malandrucco
2935 John F. Kennedy Blvd., Ph 07
Jersey City, New Jersey 07306
Telephone: (201) 658-7724
Email: Gregory.malandrucco@gmail.com

*Plaintiff, pro se*

Dated: August 13, 2018

*[signature]*

Nisha Banerjee
2935 John F. Kennedy Blvd., Ph 07
Jersey City, New Jersey 07306
Telephone: (201) 658-7724
Email: Nb1057@nyu.edu

*Plaintiff, pro se*

Dated: August 13, 2018

It is SO ORDERED
this ___ day of August, 2018:

_____
Susan D. Wigenton, U.S.D.J.